**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2023
```

STEPHANIE GUARISCO,

                              Plaintiff,

            - against -

VISION PATH, INC. d/b/a HUBBLE
CONTACTS,

                              Defendant.

**23 Civ. 6941 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

Plaintiff filed this action in the New York Supreme Court, New York County (the "State Court") on June 30, 2023. Defendant removed the action to this Court. After meeting and conferring on the appropriateness of removal, the parties jointly moved this Court to remand to the action to the State Court due to Defendant's status as a citizen of New York, making removal improper pursuant to 28 U.S.C. § 1441(b)(2).

## I.   <u>ORDER</u>

The parties' joint motion (Dkt. No. 7) is **GRANTED,** and it is hereby

**ORDERED** that the Clerk of the Court is directed to remand this action to the New York Supreme Court, New York County; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated:      22 August 2023
            New York, New York

Victor Marrero
U.S.D.J.